**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL E. LONG, JR.**                                                              **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00232-KGB-ERE**

**FAULKNER COUNTY SHERIFF'S OFFICE,** *et al.*                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere[1] (Dkt. No. 62).  The parties have not filed any objections, and the time for filing objections has passed.  After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

The Court grants, in part, and denies, in part, defendants' motion for summary judgment (Dkt. No. 58) as follows:

1. The Court dismisses plaintiff Michael E. Long Jr.'s claims against defendant John Randall without prejudice.

2. The Court dismisses with prejudice Mr. Long's claim for compensatory damages.

3. The Court denies as moot Mr. Long's claim for injunctive relief.

4. Mr. Long may proceed with his individual and official-capacity claims against defendants Chris Riedmueller, Gary Andrews, and Rusty Page for nominal and punitive damages (Dkt. Nos. 2, 5).

---

[1] On May 28, 2021, this case was reassigned to United States Magistrate Judge Edie R. Ervin due to the retirement of United States Magistrate Judge Deere.

So ordered this the 25th day of August, 2021.

Kristine G. Baker
United States District Judge