IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL E. LONG, JR.**                                                                                    **PLAINTIFF**

v.                          **Case No. 4:18-cv-232-KGB**

**FAULKNER COUNTY
SHERIFF'S OFFICE,** *et al.*,                                                  **DEFENDANTS**

## ORDER

Before the Court is the motion to nonsuit of plaintiff Michael E. Long, Jr. (Dkt. No. 70). Mr. Long states that he would like the Court to enter an order granting a voluntary dismissal of this action without prejudice (*Id.*, ¶ 1). Defendant Faulkner County Sheriff's Office ("FCSO") has filed a response to plaintiff's motion to nonsuit and states that it has no objection to the dismissal of Mr. Long's complaint (Dkt. No. 71, ¶ 2). Accordingly, the Court grants Mr. Long's motion to nonsuit and dismisses without prejudice Mr. Long's amended complaint (Dkt. Nos. 5; 70).

It is so ordered, this 12th day of May, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge